UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KILLER SURF UNIVERSE LLC and
CATHERINE B. OWENS,

Plaintiffs,

-against-

LEMON ICED TEA FILMS, INC. and
BRIAN JUSTIN GILBERT,

Defendants.
------------------------------------------------------------x

**ORDER**

26 Civ. 6690 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Defendant Brian Justin Gilbert, who is proceeding *pro se,* is directed to file a **Notice of Pro Se Appearance** using the form available at https://nysd.uscourts.gov/forms/notice-appearance.

Defendant Gilbert also may, but is not required to, file a **Consent to Electronic Service** (available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf) to receive notification by email of all filings in this action. **Instructions** for this electronic service option are available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf.

Defendant Gilbert also may, but is not required to, file a **Motion for Permission for Electronic Case Filing** (available at https://nysd.uscourts.gov/sites/default/files/2019-04/2012-prosemotionecffiling-final.pdf) to file documents electronically.

The Clerk of Court is directed to:

1. Add the PRO SE DFT Flag to this action.

2. Mail Defendant Gilbert the Information Package for Defendants and note the mailing on the docket.
3. Add CASE MANAGEMENT NOTE to the docket.
4. Mail a copy of this order to the following address: Brian Justin Gilbert, 177A E Main Street,

   New Rochelle, NY 10801.

SO ORDERED.

Dated: October 6, 2026
White Plains, New York

ANDREW E. KRAUSE
United States Magistrate Judge