UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KILLER SURF UNIVERSE LLC et al,

Plaintiffs,

-against-

LEMON ICED TEA FILMS, INC. et al,

Defendants.
---------------------------------------------------------------x

**ORDER**

26 Civ. 6690 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

Defendant Brian Justin Gilbert's motion to dismiss the complaint has now been fully submitted. *See* ECF Nos. 16, 30, 31. No case management conference has been held, and it is not yet clear how broad discovery will be. It is possible that the motion to dismiss may be dispositive of some or all of Plaintiffs' claims, which would narrow or eliminate the need for discovery. Accordingly, for efficiency and to conserve the parties' resources, the Court hereby stays all discovery pending resolution of the motion to dismiss.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Defendant.

Dated: October 20, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge